APPEAL,CLOSED,JURY,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:19−cv−02824−UNA

KENNEDY v. UNITED STATES COURTS et al  
Assigned to: Unassigned  
Demand: $101,000,000  
Cause: 28:1331 Fed. Question  

Date Filed: 08/30/2019  
Date Terminated: 10/08/2019  
Jury Demand: Defendant  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant  

**Plaintiff**

EDWARD THOMAS KENNEDY   represented by   EDWARD THOMAS KENNEDY  
800 Court Street, APT 223  
Reading, PA 19601  
PRO SE  

V.

**Defendant**

UNITED STATES COURTS

**Defendant**

KATE BARKMAN  
*individually and as Clerk of Court*

**Defendant**

JUAN RAMON SANCHEZ  
*Individually and as United States District Court Judge*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/30/2019 | | | **Initiating Pleading & IFP Application Received on 8/30/2019.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zef, ) (Entered: 09/20/2019) |
| 08/30/2019 | 1 | | COMPLAINT against KATE BARKMAN, JUAN RAMON SANCHEZ, UNITED STATES COURTS with Jury Demand filed by EDWARD THOMAS KENNEDY. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(zef, ) (Entered: 09/20/2019) |
| 08/30/2019 | 2 | | MOTION for Leave to Proceed in forma pauperis by EDWARD THOMAS KENNEDY. (zef, ) (Entered: 09/20/2019) |
| 10/08/2019 | 3 | | MEMORANDUM AND OPINION. Signed by Judge Christopher R. Cooper on 10/7/19. (zmd) (Entered: 10/11/2019) |

1

| 10/08/2019 | 4 | | ORDER DISMISSING PRO SE CASE PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis is granted. This is a final appealable Order. Pro Se party has been notified by first class mail.. Signed by Judge Christopher R. Cooper on 10/7/19. (zmd) (Entered: 10/11/2019) |
|---|---|---|---|
| 10/21/2019 | 5 | | NOTICE OF APPEAL as to 4 Order Dismissing Pro Se Case, 3 Memorandum & Opinion by EDWARD THOMAS KENNEDY. Fee Status: IFP. Parties have been notified. (zrdj) (Entered: 10/24/2019) |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) C. A. No. 19-cv-2824 |
| vs. | ) |
| | ) NOTICE OF APPEAL |
| UNITED STATES COURTS, et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals D.C. Circuit from an Order signed by Christopher R. Cooper, signed in this action on the 7th day of October, 2019.

Edward Thomas Kennedy, Plaintiff
800 Court St., Apt 223
Reading, PA 19601
Phone: (415) 275-1244.

*Plaintiff is self-represented.*

*Date: October 18, 2019.*

**RECEIVED**
OCT 2 1 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

OCT 0 8 2019

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-2824 (UNA) |
| | ) | |
| UNITED STATES COURTS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* Complaint, which is accompanied by an application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint.

Plaintiff brings this action against Judge Juan Ramon Sanchez, Chief Judge of the United States District Court for the Eastern District of Pennsylvania, and Kate Barkman, the Clerk of Court. Plaintiff alleges that, on July 20, 2019, he mailed to the a a civil complaint which the defendants received on July 22, 2019. Compl. ¶¶ 30-33. Because the Clerk did not file the complaint, *see id.* ¶ 44, plaintiff claims that his constitutionally protected rights have been violated, *see generally id.* ¶¶ 52-77. Further, plaintiff brings trespass, intentional and negligent infliction of emotional distress, and abuse of process claims. *See id.* ¶¶ 78-84. He allegedly has suffered monetary damages, *see id.* ¶¶ 48-49, and "emotional stress, humiliation, severe anxiety, and embarrassment," *id.* ¶ 51, for which he demands a judgment in his favor and an award of $101,000,000 plus punitive damages, *see id.* ¶ 49.

It appears that any action Chief Judge Sanchez has taken would have been in his judicial capacity. Plaintiff's claims against cannot survive because he enjoys absolute immunity from

4

suit. *See Mirales v. Waco*, 502 U.S. 9 (1991) (finding that "judicial immunity is an immunity from suit, not just from ultimate assessment of damages); *Stump v. Sparkman*, 435 U.S. 349, 364 (1978) (concluding that state judge was "immune from damages liability even if his [decision] was in error"); *Pierson v. Ray*, 386 U.S. 547, 553-54 (1967) ("Few doctrines were more solidly established at common law than the immunity of judges from liability for damages for acts committed within their judicial jurisdiction, as this Court recognized when it adopted the doctrine, in *Bradley v. Fisher*, 13 Wall. 335, 20 L. Ed. 646 (1872)."); *see also Forrester v. White*, 484 U.S. 219, 226-27 (1988) (discussing "purposes served by judicial immunity from liability in damages").

The immunity that judges enjoy extends to clerks of court performing "tasks that are an integral part of the judicial process." *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993); *Evans v. Suter*, 260 F. App'x 726 (5th Cir. 2007) (per curiam), *cert. denied*, 552 U.S. 1282 (2008). Because it appears that the alleged constitutional violations committed by the defendant Barkman occurred in the course of the performance of judicial functions, judicial immunity protects her from suit. *See, e.g., Jones v. U.S. Supreme Court*, No. 10-0910, 2010 WL 2363678, at *1 (D.D.C. June 9, 2010) (concluding that court clerks are immune from suits for damages arising from activities such as the "receipt and processing of a litigant's filings"), *aff'd*, 405 F. App'x 508 (D.C. Cir. 2010), *aff'd*, 131 S. Ct. 1824 (2011).

The Court grants plaintiff's application to proceed *in forma pauperis* and dismisses the complaint and this civil action. An Order is issued separately.

DATE: October  7 , 2019

_____
CHRISTOPHER R. COOPER
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
OCT 0 8 2019
Clerk, U.S. District and
Bankruptcy Courts

EDWARD THOMAS KENNEDY, )
)
Plaintiff, )
)
v. ) Civil Action No. 19-2824 (UNA)
)
UNITED STATES COURTS, *et al.*, )
)
Defendants. )

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge

6