

RECEIVED
Mail Room
DEC - 2 2019
United States Court of Appeals
District of Columbia Circuit



UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT
FILED DEC -3 2019
CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature [signature] ☐ Agent ☒ Addressee<br>B. Received by (Printed Name) E Kennedy   C. Date of Delivery 11-26-19 |
| 1. Article Addressed to:<br>19-5289<br>Edward Kennedy<br>800 Court Street<br>Apt. 223<br>Reading, PA 19601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3734 7335 9486 17 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 0700 0000 5269 1539 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt