# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 19-5289**　　　　　　　　　　　　　　　　**September Term, 2019**

**1:19-cv-02824-UNA**

**Filed On: February 6, 2020** [1827451]

Edward Thomas Kennedy,

    Appellant

  v.

United States Courts, et al.,

    Appellees

## O R D E R

By order filed October 29, 2019, appellant was directed to file his brief and appendix by December 18, 2019. Appellant signed for receipt of the order on November 26, 2019 but to date no filings have been received from appellant. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by March 23, 2020.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Laura M. Chipley
Deputy Clerk