# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 19-5289**                                                    **September Term, 2019**

**1:19-cv-02824-UNA**

**Filed On: March 24, 2020** [1835002]

Edward Thomas Kennedy,

        Appellant

    v.

United States Courts, et al.,

        Appellees

## M A N D A T E

In accordance with the order of February 6, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:    /s/
                                        Daniel J. Reidy
                                        Deputy Clerk

Link to the order filed February 6, 2020